| Case No. | **CV 19-6492-DMG (SKx)** | Date | December 27, 2019 |
|---|---|---|---|
| Title | *Edward Fradkin v. Wunderlich-Malec Eng'g Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On November 14, 2019, Plaintiff Edward Fradkin filed a Second Amended Complaint ("SAC"). [Doc. # 21.] The SAC names David Yamashiro as a Defendant and alleges that he is a resident of California. SAC at ¶ 3. It also alleges only state law causes of action.

On December 19, the Court ordered the parties to show cause why the Court should not presume that Yamashiro is a citizen of California based upon the allegation of residency and the entire record. [Doc. # 24.] No party responded, and Yamashiro did not file a declaration that he was a citizen of any other state. The Court therefore presumes that Yamashiro is a citizen of California.

Because complete diversity does not exist between the parties, and there is no federal question jurisdiction, this action is **REMANDED** to the Los Angeles County Superior Court. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**